**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  
**ILIET BERBIL**  
**XXX-XX-6076**  
_____Debtor_____/

CASE NO: 21-18842 BKC LMI  
CHAPTER 13

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor object to the following claim filed in this case:

*PROOF OF CLAIM #9 OF TRUIST BANK, AS THE CREDITOR DID NOT RECORD A JUDGMENT LIEN CERTIFICATE WITH THE STATE OF FLORIDA'S DEPARTMENT OF STATE, THE ORIGINAL AGREEMENT WAS NOT A SECURITY AGREEMENT, AND THE CREDITOR CAN NOT HAVE A LIEN ON THE DEBTOR'S HOMESTEAD PROPERTY, AND THEREFORE THE DEBTOR SEEKS TO RECLASSIFY THE CLAIM TO BE WHOLLY UNSECURED.*

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: 01/25/2022

The Law Offices of Christian Paul Larriviere, P.A.  
Counsel for the Debtor  
4340 Sheridan Street, Suite 102  
Hollywood, Florida 33021  
P: (954) 239-7150  
F: (954) 874-6110  
E: Christian@cpllaw.com  
By: _____/s_____  
Christian Paul Larriviere, Esq.  
Florida Bar No: 571156